# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**K.D.G., INC.** d/b/a **WILDCAT,**
Appellant,

v.

**WESTFIELD INSURANCE COMPANY,** a foreign corporation, and **COHEN DANIA BEACH HOTEL, LLC,** a foreign limited liability company,
Appellees.

No. 4D18-3314

[June 12, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez-Powell, Judge; L.T. Case No. 17-006588 (03).

Michael J. Yates of the Law Offices of Michael J. Yates, P.L., Miami, for appellant.

Alex P. Rosenthal, Amanda Jassem Jones, and Rhiannon Sforza-Flick of Rosenthal Law Group, Weston, for appellees.

PER CURIAM.

*Affirmed. See Lee v. All Fla. Constr. Co.*, 662 So. 2d 365 (Fla. 3d DCA 1995).

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***